1  MCGREGOR W. SCOTT
   United States Attorney
2  KENNETH J. MELIKIAN
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR S-05-152-LKK |
| Plaintiff, ) | |
| ) | SUMMARY ORDER |
| v. ) | |
| JOHNNY JAMES GREEN, ) | |
| Defendant. ) | |

This matter came on before the court on May 10, 2005, for a status conference.  Plaintiff United States of America was represented by Assistant U.S. Attorney Kenneth J. Melikian. Defendant Johnny James Green appeared and was represented by Steven D. Bauer, appearing specially for Hayes H. Gable.

Mr. Melikian informed the court that the government was still in the process of providing the large volume of discovery to the defendant.  The parties therefore agreed that the status hearing should be continued to June 14, 2005, at 9;30 a.m.   The parties also agreed that time should be excluded through June 14, 2005, from the provisions of the Speedy Trial Act pursuant to local code T4.

1  ACCORDINGLY: This matter is set for a status conference on
2 June 14. 2005, at 9:30 a.m.  Pursuant to the agreement of the
3 parties, time is excluded through June 14, 2005, from computation
4 under the Speedy Trial Act pursuant to local code T4 (18 U.S.C.
5 § 3161(h)(8)(B)(iv)) in order to afford the defendant reasonable
6 time to prepare his case.

8  IT IS SO ORDERED.

10 DATED: May 20, 2005              /s/Lawrence K. Karlton
                                    HONORABLE LAWRENCE K. KARLTON
11                                  United States District Judge

2