HAYES H. GABLE III
Attorney at Law
State Bar No. 60368
428 J Street, Suite 350
Sacramento, CA 95814
(916) 446-3331
Fax: (916) 447-2988

Attorney for Defendant
JOHNNY JAMES GREEN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | Cr. S-05-152 LKK |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER RE: CONTINUANCE OF STATUS CONFERENCE AND EXCLUSION OF TIME UNDER SPEEDY TRIAL ACT** |
| vs. | |
| **JOHNNY JAMES GREEN**, | |
| Defendant(s). | Hon. William B. Shubb |

**STIPULATION**

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Kenneth J. Melikian, and defendant Johnny James Green, by and through his counsel, Hayes H. Gable III, agree and stipulate to vacate the existing status conference in the above-captioned action, June 14, 2005, and to continue the matter to, July 12, 2005, at 9:30 a.m.

The reason for this continuance is that the defense has just recently received discovery and requires additional time to review same. Also, defense counsel is in trial in the case of *People v. Swamy*, in San Joaquin County.

The parties further agree and stipulate that the period for the filing of this stipulation until July 12, 2005, should be excluded in computing time for commencement of trial under the Speedy Trial Act, based upon the interest of justice under 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for .effective presentation.

1 It is further agreed and stipulated that the need of defense counsel to prepare exceeds the

2 public's interest in commencing trial within 70 days.

3 Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

4

5 IT IS SO STIPULATED

6 DATE: June 13, 2005

7 s/Hayes H. Gable, III

 **HAYES H. GABLE, III**

8 Attorney for Defendant

9

 DATE: June 13, 2005

10 s/Kenneth J. Melikian

 **KENNETH J. MELIKIAN**

11 Asst. U.S. Attorney

12 **ORDER FINDING EXCLUDABLE TIME**

13 For the reasons set forth in the accompanying stipulation, the status conference in the above-

14 entitled action is continued to July 12, 2005, at 9:30 a.m.  The court finds excludable time in this

15 matter from June 14, 2005 through July 12, 2005, under 18 U.S.C. § 3161(h)(8)(B)(iv) and Local

16 Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective

17 presentation.  For the reasons stipulated by the parties, the Court finds that the interest of justice

18 served by granting the requested continuance outweigh the best interests of the public and the

19 defendant in a speedy trial. 18 U.S.C. 3161(h)(8)(A), (h)(8)(B)(iv).

20 IT IS SO ORDERED.

21

22 DATE: June 13, 2005

23

24 William B. Shubb

25 WILLIAM B. SHUBB

 UNITED STATES DISTRICT JUDGE

26

27

28

- 2 -