1  MCGREGOR W. SCOTT
   United States Attorney
2  KENNETH J. MELIKIAN
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2700

5

6

7

8                   IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        )
                                     )
12                  Plaintiff,       )   CR S-05-152-LKK
                                     )
13       v.                          )
                                     )   SUMMARY ORDER
14  JOHNNY JAMES GREEN,              )
                                     )
15                                   )
                    Defendant.       )
16  _____)

17       This matter came on before the court on July 12, 2005, for a

18  status conference.  Plaintiff United States of America was

19  represented by Assistant U.S. Attorney Kenneth J. Melikian.

20  Defendant Johnny James Green appeared and was represented by

21  Hayes H. Gable.

22       Mr. Gable informed the court that the government had

23  recently made a plea offer to the defendant.  Mr. Gable requested

24  a continuance so that he and the defendant could consider this

25  offer, and could further investigate the case if necessary.  The

26  parties therefore agreed that the status hearing should be

27  continued to August 16, 2005, at 9;30 a.m.  The parties also

28  agreed that time should be excluded through August 16, 2005, from

                                    1

1  the provisions of the Speedy Trial Act pursuant to local code T4.

2      ACCORDINGLY: This matter is set for a status conference on

3  August 16. 2005, at 9:30 a.m.  Pursuant to the agreement of the

4  parties, time is excluded through August 16, 2005, from

5  computation under the Speedy Trial Act pursuant to local code T4

6  (18 U.S.C. § 3161(h)(8)(B)(iv)) in order to afford the defendant

7  reasonable time to prepare his case.

8

9      IT IS SO ORDERED.

10

11 Dated: JULY 25, 2005          /s/ Lawrence K. Karlton
                                 HONORABLE LAWRENCE K. KARLTON
12                               Senior, U.S. District Court Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28