```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  KENNETH J. MELIKIAN
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, Ca.  95814
 4  Telephone:  (916) 554-2700
 5
 6
 7
 8            IN THE UNITED STATES DISTRICT COURT FOR THE
 9                   EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    )  CR. NO. S-05-152 LKK
                                 )
12              Plaintiff,       )
                                 )  STIPULATION; ORDER
13  JOHNNY JAMES GREEN,          )
                                 )
14              Defendant.       )
15  _____)
```

16      Defendant Johnny James Green, through Hayes H. Gable,
17 Attorney At Law, and the United States of America, through
18 Assistant U.S. Attorney Kenneth J. Melikian, agree to vacate the
19 status conference scheduled for August 16, 2005.  The parties
20 further stipulate that a status conference be placed on the
21 court's August 23, 2005, calendar.

22      The parties have reached a disposition in this case, though
23 a formal plea agreement still needs to be prepared and executed.
24 Further, defense counsel is currently engaged in a murder trial
25 which is expected to last for quite some time.  August 23rd,
26 however, is a day which the murder trial will not proceed, and a
27 day by which the parties will have executed the written plea
28 agreement.

1

1     Accordingly, the parties request that the status conference
2 in this case be continued to August 23, 2005.  The parties
3 further agree that time should be excluded through August 23,
4 2005, from computation under the Speedy Trial Act pursuant to
5 local code T4 (18 U.S.C. § 3161(h)(8)(B)(iv)) to allow the
6 defendant a reasonable amount of time to prepare his case.

7 DATED: August 11, 2005         Respectfully submitted,

8                                     McGREGOR W. SCOTT
                                    United States Attorney
9
                                    /s/ Kenneth J. Melikian
10
                                    By
11                                       KENNETH J. MELIKIAN
                                    Assistant U.S. Attorney
12

13

14 DATED: August 11, 2005         /s/ Kenneth J. Melikian for
                                    HAYES H. GABLE
15                                     Attorney for Defendant Green
                                    (Signed by Kenneth J. Melikian
16                                     per telephonic authorization by
                                    Hayes H. Gable)
17

18

19

20     IT IS SO ORDERED.

21

22 DATED: August 12, 2005         /s/ Lawrence K. Karlton
                                    HONORABLE LAWRENCE K. KARLTON
23                                     Senior, U.S. District Court Judge

24

25

26

27

28