1 HAYES H. GABLE III
Attorney at Law
2 State Bar No. 60368
428 J Street, Suite 350
3 Sacramento, CA 95814
(916) 446-3331
4 Fax: (916) 447-2988

5 Attorney for Defendant
JOHNNY JAMES GREEN
6

7

8               IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | Cr.-S 05-152 LKK |
| Plaintiff, | |
| vs. | **APPLICATION FOR ORDER EXONERATING BOND; ORDER** |
| **JOHNNY JAMES GREEN**, | |
| Defendant(s). | |

18

19      Defendant, JOHNNY JAMES GREEN, by and through HAYES H. GABLE, III, his attorney of

20 record, applies for an order exonerating the bond posted to secure his release in this case. Defendant is

21 currently serving his sentence of 4 months in the Bureau of Prisons.

22 Dated: February 7, 2006                       Respectfully submitted,

23

24                                              s/Hayes H. Gable, III
                                           HAYES H. GABLE, III
25                                            Attorney for Defendant
                                           JOHNNY JAMES GREEN
26 ////

27 ////

28

**ORDER**

Good cause appearing and the defendant currently being incarcerated and serving the sentence imposed by the Court,

IT IS HEREBY ORDERED that the bail bond posted to secure the release of the defendant be exonerated and the property posted for bail on behalf of this defendant be reconveyed.

Dated: February 8, 2006                 /s/ Lawrence K. Karlton
                                        HONORABLE LAWRENCE K. KARLTON
                                        Senior United States District Judge